854

In the Matter of the Application of JOSEPH BISCEGLIA & SONS, INC., Appellant, for a Mandamus Order against C. CHARLES COLAO and Others, as Members of and Constituting the Board of Education, Union Free School District No. 7, Town of Harrison, N. Y., and FRANK KREWET, as Treasurer of Said School District, Respondents.— Order unanimously affirmed, with costs. The facts are in dispute. The right of the petitioner to a mandamus order is not clear. He should proceed by action to recover the sum claimed to be due under the contract. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of PATRICK M. BYRNE, Petitioner, for an Order of Certiorari against EDWARD P. MULROONEY, as Police Commissioner of the Police Department of the City of New York, Respondent.— Certiorari proceeding sustained, determination of the police commissioner annulled, charges dismissed, with fifty dollars costs and disbursements, and the petitioner reinstated. We are of opinion that the complaining witness was moved by ulterior motives to make the charges against the petitioner. It is apparent to us that upon the admitted facts the conditions in her home tended to impair the morals of her younger daughter, Ann, aged eleven years. Moved by fear that the petitioner, Patrolman Byrne, would institute proceedings resulting in the removal of the daughter, Ann, charges were preferred by her against the patrolman. Aside from the motives which prompted the complaint, the charges are not sustained by the evidence. The complaining witness and her daughter Mary are unworthy of belief. Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

In the Matter of the Application of THE CITY OF NEW YORK, Appellant, for a Peremptory Mandamus Order against IRA E. RIKER, Clerk of the Municipal Court of the City of New York, Fourth District, in the Borough of Queens, and TIMOTHY A. LEARY, as President-Justice of the Municipal Court of the City of New York, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Proceeding, under the Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Plank Road (State Highway No. 5210-B) in the Town of Wallkill, Orange County. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant; DEPARTMENT OF PUBLIC WORKS and PUBLIC SERVICE COMMISSION, Respondents. — Determination of the Public Service Commission, dated February 16, 1932, affirming determination of October 6, 1927, as amended by the determination of July 29, 1930, modified so as to provide that the extra twelve feet of sub-grade be deemed not a part of the elimination project, and as so modified unanimously confirmed, with costs to appellant. The change was not a part of the elimination project. The record is without proof of reason for a widened highway as a part of an elimination project. In making its order for the elimination of a grade crossing the Public Service Commission can act only upon facts which show reasonable necessity. Here there are no such facts but merely the expression of a wish by the Federal authorities. In view of the foregoing the appeal from the determination dated July 29, 1930, amending the determination of October 6, 1927, is dismissed, without costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ.